IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00555-WDM-CBS

CRAIG HAMILTON,
    Plaintiff,
v.

AVALON RESORTS a/k/a Avalon Reef Club Isla Mujeres,
RESORTS HOLDING INTERNATIONAL, S.A. de C.V., and
YUCATAN PROPERTIES, S.A. de C.V.,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on "Plaintiff's Status Report and Response to Clerk's Notice and Supplement to Plaintiff's Motion for Entry of Default" (filed September 27, 2007) (doc. # 36). Pursuant to the Order of Reference dated April 4, 2007 (doc. # 2), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, . . ." Plaintiff requests 20 additional days to provide adequate proof of service in order to comply with the court's September 10, 2007 Order. (*See* Courtroom Minutes/Minute Order (doc. # 33) (directing Plaintiff to file an application for default judgment within 10 days). The court has reviewed Plaintiff's Status Report, the entire case file, and the applicable law and is sufficiently advised in the premises. Accordingly,

    IT IS ORDERED that **on or before October 19, 2007**, Plaintiff shall file with the court a properly supported motion for entry of default pursuant to Fed. R. Civ. P. 55(a)

1

and/or a motion for default judgment pursuant to Fed. R. Civ. P. 55(b).

DATED at Denver, Colorado, this 28th day of September, 2007.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge