**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00555-WDM-CBS

CRAIG HAMILTON,

    Plaintiff,

v.

YUCATAN PROPERTIES, S.A. DE C.V., d/b/a AVALON REEF CLUB,

    Defendant.

___

**ORDER RE: PLAINTIFF'S MOTION TO AMEND THIS COURT'S NOVEMBER 21, 2008 ORDER TO INCLUDE INTEREST AND COSTS**
___

THE COURT, having reviewed the above-captioned Motion, and being fully advised in the premise, hereby FINDS AND ORDERS that:

Costs shall be awarded in the amount of $3,643.76, and pre-judgment interest is awarded in the amount of $26,532.69.

The total award to Plaintiff, including costs and pre-judgment interest, is hereby amended to $110,176.05. Post-judgment interest shall also accrue as ordered by this Court from November 21, 2008.

Date: <u>January 26, 2009</u>                    BY THE COURT:


                                                 s/Walker D. Miller
                                                 United States Senior District Judge